**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00410-CMA-CBS

GREGORY N. ROSS, and
JOETTE H. ROSS,

    Plaintiffs,

v.

PUBLIC TRUSTEE OF PARK COUNTY,
BANK OF AMERICA, N.A., and
ALL UNKNOWN PERSONS WHO MAY CLAIM ANY
INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed . R. Civ. P. 41(a)(1)(A)(ii) and the Amended Stipulation of Dismissal (Doc. # 15), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, each party to pay his, her, or its own attorney fees and costs.

DATED:  March  29 , 2013

                              BY THE COURT:

                              */s/ Christine M. Arguello*
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge